# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-1748<br><br>Honorable Matthew F. Kennelly |
| **THIS DOCUMENT APPLIES TO:**<br>*LEWIS V. ABBVIE INC. ET AL,*<br>*1:16-CV-1426* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 and Case Management Order #20, Paragraph 7, Plaintiff Larry K. Lewis, by and through his undersigned counsel, hereby gives notice that he is voluntarily dismissing his claims against the above-named Defendants without prejudice to his right to refile said claims.

Dated March 22, 2016

Respectfully Submitted,

*/s/ Trent B. Miracle*

Trent B. Miracle
Brendan A. Smith
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com
bsmith@simmonsfirm.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 22, 2016, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically serve and send notice of the electronic filing to all registered attorneys of record.


                */s/ Trent B. Miracle*